# DREIFUSS BONACCI & PARKER, PC

ATTORNEYS AT LAW

26 Columbia Turnpike
*North Entrance*
Florham Park, New Jersey 07932

Five Penn Plaza
19th Floor
New York, New York 10001
(646) 723-1010

***Please reply to New Jersey Office***

**PAUL M. MCCORMICK**
COUNSEL
(973) 514-1414
(973) 514-5959 FAX
PMCCORMICK@DBPLAWFIRM.COM

100 South Juniper St.
Philadelphia, Pennsylvania 19107

July 30, 2026

**<u>VIA ECF</u>**
Hon. Denise Cote, U.S.D.J.
United States District Court
Southern District of New York
Courtroom 18B
500 Pearl Street
New York, NY 10007

**Re:** QBE Insurance Corporation v. EBF Holdings, LLC d/b/a Everest Business Funding
Case No. 1:26-cv-03634-DLC

Dear Judge Cote:

This office represents QBE Insurance Corporation ("QBE") in the above-referenced matter. On July 2, 2026, Your Honor entered an order dismissing the matter without prejudice pursuant to a settlement in principle of the matter, pending finalization and execution by all parties of a settlement agreement. The order stated that the matter would be dismissed with prejudice if a motion to restore was not made by this Monday, August 3, 2026.

The parties are happy to report that they are working towards finalizing a settlement agreement. While the parties anticipate entering into a settlement agreement in the near future, to date, a settlement agreement has yet to be executed. Once an agreement is presumably executed, it is anticipated, *inter alia*, that there will need to be time for payment to be made and processed, a certain UCC-1 financing statement to be terminated, and an assignment of the state court judgment that is the subject of this action to be effectuated.

Hence, in order to obviate the need for the undersigned to make a motion to restore, it is respectfully submitted that the August 3, 2026 deadline to make a motion to restore or for the matter to otherwise be dismissed with prejudice thereafter be extended 60 days to October 2, 2026. This is the first extension request. Defendant consents to this request.

Denied. The execution of the agreement will permit a proposed judgment to be filed with the Court. Activities regarding payment may follow the judgment, which can be enforced by this Court if terms of the settlement are disclosed on the record. Denise Cote 7/30/26